Roman Shkodnik, Esq. (SBN 285152)
Amanda Fazio (SBN 346350)
**D.LAW, INC.**
250 North Madison Ave, Suite 840
Pasadena, CA 91101
Tel.: (818) 962-6465/ Fax (818) 962-6469
Emails: R.Shkodnik@d.law, A.Fazio@d.law

Attorneys for Plaintiff VICTOR PEREZ,
on behalf of himself and others similarly situated

*[Counsel for Defendant on the following page]*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PEREZ, on behalf of himself and others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>DAIKIN COMFORT TECHNOLOGIES DISTRIBUTION, INC. dba DAIKIN COMFORT TECHNOLOGIES DIST INC., a Texas corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | CASE NO.: 2:25-cv-01621-TLN-CSK<br><br>**ORDER TO STAY PROCEEDINGS OR EXTEND DEADLINES** |

ORDER TO STAY PROCEEDINGS OR EXTEND DEADLINES

**SEYFARTH SHAW LLP**
Justin T. Curley (SBN 233287)
jcurley@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

**SEYFARTH SHAW LLP**
Phillip J. Ebsworth (SBN 311026)
pebsworth@seyfarth.com
Jeffrey A. Nordlander (SBN 308929)
jnordlander@seyfarth.com
Kyle W. Owen (SBN 326335)
kowen@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
DAIKIN COMFORT TECHNOLOGIES
DISTRIBUTION, INC. dba DAIKIN COMFORT
TECHNOLOGIES DIST INC., a Texas corporation

2
ORDER TO STAY PROCEEDINGS OR EXTEND DEADLINES

## **ORDER**

The Court, having considered the Parties' Stipulation, and good cause appearing, hereby orders as follows:

1. This litigation is stayed pending the conclusion of mediation.

2. The parties shall submit a joint status update to the Court as soon as the mediation is set and no later than May 15, 2026, advising the Court of the date set for the mediation.

3. the stay be lifted if mediation is not scheduled by May 15, 2026.

4. The deadlines in the June 12, 2025 Initial Pretrial Scheduling Order are vacated and shall be reset in the event the Parties do not reach a resolution at mediation.

5. The parties shall file a status report with the Court no later than November 24, 2026, advising the Court of the result of mediation and, if necessary, jointly proposing a revised scheduling order.

**IT IS SO ORDERED.**

DATED: May 6, 2026

_____

Troy L. Nunley
Chief United States District Judge

3
ORDER TO STAY PROCEEDINGS OR EXTEND DEADLINES